**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RAINA ROCHERT, | No. 2:20-CV-1368-DMC |
| Plaintiff, | |
| v. | ORDER |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

Plaintiff, who is proceeding with retained counsel, brings this action for judicial review of a final decision of the Commissioner of Social Security under 42 U.S.C. § 405(g). A review of the docket reflects that defendant has been served and has filed an answer. The docket also reflects that the Certified Administrative Record has been lodged. The Court will, therefore, set a schedule for this case.

Accordingly, IT IS HEREBY ORDERED that:

1.  Plaintiff's motion for summary judgment is due within 45 days of the date of this order;

2.  Defendant's cross-motion for summary judgment is due within 30 days after the date of service of Plaintiff's motion; and

1

3. Plaintiff may file a reply brief within 15 days after the date of service of Defendant's cross-motion.

Dated: October 19, 2020

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE