**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RAINA ROCHERT, | No. 2:20-CV-1368-DMC |
| Plaintiff, | |
| v. | <u>ORDER</u> |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

Plaintiff, who is proceeding with retained counsel, brings this action for judicial review of a final decision of the Commissioner of Social Security under 42 U.S.C. § 405(g). On December 4, 2020, the parties submitted a stipulated request to extend the time for Plaintiff to file a dispositive motion to December 11, 2020. <u>See</u> ECF No. 11. The parties' stipulation is approved except the Court, on its own motion, extends the time for Plaintiff to file a dispositive motion to December 21, 2020.

IT IS SO ORDERED.

Dated: December 15, 2020

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1