McGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
MARCELO ILLARMO (MABN 670079)
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8944
    Facsimile: (415) 744-0134
    E-Mail: Marcelo.Illarmo@ssa.gov

Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RAINA ROCHERT,<br><br>        Plaintiff,<br><br>v.<br><br>ANDREW SAUL,<br>Commissioner of Social Security,<br><br>        Defendant. | Case No.: 2:20-cv-01368-DMC<br><br>STIPULATION AND ORDER FOR A FIRST EXTENSION OF TIME |

    IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for responding to Plaintiff's Motion for Summary Judgment be extended from January 11, 2021 to February 10, 2021.  This is Defendant's first request for an extension of time to respond to Plaintiff's motion.  Defendant respectfully requests this additional time because of a higher than normal workload, including five district court briefs due between January 11 and January 15.

/ / /

/ / /

/ / /

Stip. & Prop. Order for Ext.;   Case 2:20-cv-01368-DMC    1

Good cause appearing therefor, the stipulated extension of time is granted nunc pro tunc to January 11, 2021.  The Court's Scheduling Order shall be modified accordingly.

- Defendant shall serve and file a responsive brief on or before February 10, 2021; and
- Plaintiff may serve and file a reply within 20 days of service of defendant's responsive brief (on or before March 2, 2021).

Respectfully submitted,

Dated: January 7, 2021

*/s/ Shellie Lott\**
(*as authorized via e-mail on 1/7/2021)
SHELLIE LOTT
Attorney for Plaintiff

Dated: January 7, 2021

McGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Acting Regional Chief Counsel, Region IX
Social Security Administration

By:   */s/ Marcelo Illarmo*
MARCELO ILLARMO
Special Assistant United States Attorney

Attorneys for Defendant

ORDER

APPROVED AND SO ORDERED:

Dated:  January 26, 2021

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE